JENNIFER LEWKOWSKI, ESQ.
Nevada Bar No. 10823
PHILLIPS, SPALLAS & ANGSTADT LLC
504 S. Ninth St.
Las Vegas, Nevada 89101
(702) 938-1510
jlewkowski@psalaw.net

*Attorneys for Defendant
Wal-Mart Stores, Inc.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| HECTOR RUIZ-GUERENA,<br><br>  Plaintiff,<br><br>  v.<br><br>WAL-MART STORES, INC. dba WAL-MART STORE #1584; W & W PARTNERSHIP; DOE EMPLOYEES 1 through 5, and DOES 1 through 10; and ROE CORPORATIONS 1 through 10, inclusive,<br><br>  Defendants. | Case No.: 2:09-cv-00627-KJD-PAL<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, by the parties hereto, through their respective counsel of record, that the above-captioned matter be dismissed, with prejudice, each party to

///

///

///

///

///

///

- 1 -

bear their own costs and attorney's fees.

DATED this 30th day of November, 2010.

**PHILLIPS, SPALLAS & ANGSTADT, LLC**         **GAZDA & TADAYON**

_____          _____
JENNIFER LEWKOWSKI, ESQ.                  LEWIS J. GAZDA, ESQ
Nevada Bar No. 10823                      Nevada Bar No. 004269
504 S. Ninth Street                       2600 S. Rainbow, Suite 200
Las Vegas, Nevada 89101                   Las Vegas, Nevada 89146
*Attorneys for Defendant*                 *Attorneys for Plaintiff*
*Wal-Mart Stores, Inc.*

*** 

## ORDER

PURSUANT TO THE STIPULATION OF THE PARTIES, through their respective counsel, it is hereby:

ORDERED, ADJUDGED, AND DECREED, that the above-captioned matter be dismissed, with prejudice each party to bear their own costs and attorney's fees.

DATED this 30TH day of November, 2010.

_____
**DISTRICT COURT JUDGE**

Respectfully submitted by:

**PHILLIPS, SPALLAS & ANGSTADT, LLC**

_____
JENNIFER LEWKOWSKI, ESQ.
Nevada Bar No. 10823
*Attorneys for Defendant*
*Wal-Mart Stores, Inc.*